AO 91 (Rev. 11/11)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

JUN 1 8 2018

Clerk of Court

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-18-1280-M |
| Bryan Joan Medrano (USC) YOB: 1995 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 25, 2017 _____ in the county of _____ Cameron _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC 924(a)(1)(A) | 1. Title 18 USC Section 924(a)(1)(A) – Making false statements w/ regards to Firearms records. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

*approved by*
*ADB*

Sworn to before me and signed in my presence.

Date: 6/19/18

City and state: _____ McAllen, TX _____

*Complainant's signature*

Freddie Summers, ATF Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

I, Special Agent (S/A) Freddie Summers, affiant, do hereby depose and state the following:

This affidavit is in support of a criminal complaint charging Bryan Joan Medrano with:

Title 18, U.S.C., Section 924 (a)(1)(A) – It is unlawful for any person to knowingly make any false statement or representation with respect to the information required to be kept in the records of a licensed Federal Firearms Dealer.

The facts establishing probable cause are based on the following:

1. In late May 2018, ATF received information that Bryan Joan Medrano, hereinafter referred to as MEDRANO may be involved in firearms trafficking. ATF agents conducted a canvass of local Federal Firearms Licensees in the Rio Grande Valley and confirmed that MEDRANO had purchased (1) AK-type rifle from a FFL located in the Harlingen, TX (Southern District of Texas) on 8/25/17.

2. ATF agents made telephonic contact with MEDRANO and he agreed to voluntarily meet with ATF agents for an interview. On June 18, 2018, MEDRANO voluntarily met with ATF agents in a local restaurant parking lot in Hidalgo, TX for an interview.

3. During MEDRANO's interview ATF agents reviewed a copy of the ATF Form 4473 MEDEANO filled out when he purchased a Century International Arms, model C39V2, 7.62 x 39 mm caliber rifle (AK-type rifle) on 8/25/17.  An ATF Form 4473 (Firearms Transaction Record) is information required to be kept in the records of a FFL.  Upon review of the copy of the ATF Form 4473, MEDRANO confirmed that he had completed and certified the ATF Form 4473, and purchased the AK-type rifle detailed on the form.

4. During the interview, MEDRANO admitted to "straw purchasing" the AK-type rifle detailed on the form for an unknown individual in Mexico. MEDRANO stated that he was paid approximately $300 for conducting the "straw purchase" and that after purchasing the firearm he turned it over to an unknown individual to be crossed into Mexico. Medrano stated that when he filled out the ATF Form 4473 during the firearm purchase he indicated on the form that he was the actual purchaser of the firearm when in fact the he knew the firearm was for another person in violation of 18 USC 924 (a)(1)(A).

5. This affidavit is based on the personal knowledge and observations of your affiant and other law enforcement personnel.  This affidavit is intended to support probable cause, but it is not intended to convey all the facts of the investigation.